```
ORIGINAL
```

Mary McNamara, SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010

Attorneys for Defendant ATUL BHAGAT

FILED

MAR 1 2 2008

RICH...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



RECEIVED
MAR - 6 2008
CLERK...
NORTH...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| UNITED STATES OF AMERICA, | Case No. CR 01-20173 RMW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PROBATION** |
| vs. | |
| ATUL BHAGAT, | |
| Defendant. | |

Defendant Atul Bhagat, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Amber Rosen, hereby stipulate and agree as follows:

1) Mr. Bhagat was sentenced on November 2, 2006, to a term of three years probation with the condition that he serve six months in community confinement and six months on home detention. On January 17, 2008, this Court ordered the return of Mr. Bhagat's passport, following Mr. Bhagat's completion of his periods of community confinement and home detention. Mr. Bhagat will remain on probation for approximately two more years.

2) The conditions of Mr. Bhagat's probation include the requirement that he not leave the Northern District of California without permission of the Court or his probation officer. Mr. Bhagat must periodically travel outside the Northern District for business, sometimes internationally.

3) The parties request that the United States Probation Office be permitted to approve Mr. Bhagat's future travel requests (including international travel) without the necessity of a court order,

1   provided Mr. Bhagat remains in compliance with all terms of his probation.

2       4)   United States Probation Officer Juan Ramirez has no objection to this request.

3

4   IT IS SO STIPULATED.

5   Dated: 3/5/08

                                            Mary McNamara
6                                           Swanson, McNamara & Haller LLP
                                            Attorneys for ATUL BHAGAT
7

8   Dated: 3-5-08

                                            Amber Rosen
9                                           Assistant United States Attorney

10

11

12                              **ORDER**

13   Pursuant to stipulation, IT IS SO ORDERED.

14

15   Dated: 3/12/08
                                            Hon. Ronald M. Whyte
16                                          United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE TRAVEL CONDITIONS
*United States v. Bhagat*, CR 01-20173 RMW        2

# CERTIFICATE OF SERVICE

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is Swanson, McNamara & Haller LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

On this date, March 5, 2008, I caused to be served on the interested parties hereto, a copy of:

**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PROBATION**

(X) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below.

> Amber Rosen
> Assistant United States Attorney
> 150 Almaden Blvd., 9th Floor
> San Jose, CA 95113

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Certificate has been executed on March 5, 2008, at San Francisco, California.

Anne Griffith